## Eastman, Appellant, *v.* Trotter Water Company.

*Equity—Injunction—Preliminary injunction—Water company—Eminent domain—Public service corporation.*

Where a bill in equity is filed against a water company to restrain it from exercising the right of eminent domain on the ground that the company is merely a corporation for private uses, a preliminary injunction is properly refused where it is established to the satisfaction of the court that the defendant is a public service corporation.

Argued Oct. 9, 1908. Appeal, No. 264, Jan. T., 1908, by plaintiff, from decree of C. P. Fayette Co., No. 548, in equity, refusing preliminary injunction in case of T. N. Eastman v. Trotter Water Company. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

Bill in equity for an injunction to restrain the taking of land. Before UMBEL, P. J.

The court entered the following decree:

And now, July 28, 1908, the within bill being presented in open court, together with the injunction affidavits and bond, after due consideration and under the authority of Moore et al. v. Trotter Water Company, No. 475, in equity of this court, where the constitutional questions here raised were passed upon and it was established to the satisfaction of the court that the defendant is a public service corporation and not merely a corporation for private uses, it is ordered, adjudged and decreed that the prayer of the bill be denied and a preliminary injunction be and the same is hereby accordingly refused.

*Error assigned* was the decree of the court.

*A. E. Jones,* for appellant.

*W. F. McCook,* with him *E. H. Reppert,* for appellee.

Per Curiam, November 2, 1908:
This is plainly a case for final hearing.
Appeal dismissed.